**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 97-31016

ANDERSON 2000 INCORPORATED,

Plaintiff-Appellant

VERSUS

NATIONAL DYNAMICS CORPORATION,
doing business as Nebraska Boiler Company,

Defendant-Appellee.

Appeal from the United States District Court
For the Middle District of Louisiana
(96-CV-146-A)
June 5, 1998

Before DUHÉ, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[1]

AFFIRMED. <u>See</u> Local Rule 47.6.

---

[1]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.